

103 P.3d 966

# SUPREME COURT OF HAWAI'I

**January 10, 2005**

| 25464 | Hill v. State | Affirmed |
| 26281 | Shelton v. Kaiser Foundation Health Plan, Inc. | Vacated |

**January 19, 2005**

| 25542 | State v. Nakano | Vacated and Remanded |

**January 20, 2005**

| 25102 | State v. Bouthillier | Affirmed |